**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lacy FRUIT, Jr., Defendant–Appellant.**

No. 01–7389.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Lacy Fruit, Jr., Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Lacy Fruit, Jr. seeks to appeal the district court's order denying his motion seeking to challenge his conviction and sentence pursuant to Fed R.Crim. P. 52(b). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Fruit,* No. CR–00–13 (S.D.W.Va. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*